UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Alfred J. Lizotte, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:08-cv-049 |
| Dacotah Banks, Inc., Gaylen W. Melgaard, | ) | |
| Bob Compton, and Joe Senger, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Notice of Dismissal" filed by the plaintiff on May 15, 2008 (Docket No. 5). The Court **ADOPTS** the plaintiff's notice and **ORDERS** that the case be dismissed in accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and without costs or disbursements to either party.

Dated this 19th day of May, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court